UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL RODRIGUEZ,

    Plaintiff,

  v.

LITTON LOAN SERVICING LP, et al.,

    Defendants.

No. 2:09-cv-00029-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

On March 2, 2009, Defendants Avelo Mortgage, LLC, Litton Loan Servicing LP and Mortgage Electronic Registration Systems, Inc., file a Motion to Expunge Lis Pendens to which Plaintiff Angel Rodriguez filed a Statement of Non-Opposition. Accordingly, Defendants' Motion (Docket No. 12) is GRANTED.

IT IS SO ORDERED.

Dated: May 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1