UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANGEL RODRIGUEZ,                        No. 2:09-cv-00029-MCE-DAD

    Plaintiff,

  v.                                    <u>MEMORANDUM AND ORDER</u>

Litton Loan Servicing LP,
et al.,

    Defendants.

The Court is in receipt of Plaintiff's Rule 41(a) Notice of Voluntary Dismissal. Accordingly, Defendants' Motion to Dismiss (Docket No. 26) is denied as moot, and this action is now dismissed without prejudice. All future hearing dates are hereby vacated, and the Clerk of the court is ordered to close the file.

    IT IS SO ORDERED.

Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1